**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **LIPMAN-TEXAS, LLC, t/a LIPMAN FAMILY FARMS, a Florida limited liability company; and FRESHPOINT ATLANTA, INC., a Georgia corporation,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **CUSTOMIZED DISTRIBUTION, LLC, a Georgia limited liability company; RICHARD P. DISTASIO, an individual; DANIEL PLATTNER, an individual; BENJAMIN ESCOBAR, an individual; JERALD HAYES, an individual; WHEATON BANK & TRUST COMPANY, N.A., a Wintrust Community Bank; ABL OPCO LLC a/t/a Mountain Ridge Capital, a Delaware limited liability company; and BLACKBRIAR ADVISORS LLC, a Texas limited liability company,** <br><br> **Defendants.** | : | **Case No.: 1:24-cv-05760-SCJ** |

**ANSWER OF BLACKBRIAR ADVISORS LLC**

COMES NOW BlackBriar Advisors LLC ("BlackBriar"), a Defendant in the above-styled matter, appearing specially and without waiving its jurisdictional defenses, hereby files its Answer to Plaintiffs' First Amended Complaint as follows:

**FIRST DEFENSE**

This Court lacks personal jurisdiction over BlackBriar, and therefore, Plaintiffs' First Amended Complaint should be dismissed accordingly.

**SECOND DEFENSE**

This Court lacks subject matter jurisdiction over BlackBriar, and therefore, Plaintiffs' First Amended Complaint should be dismissed accordingly.

**THIRD DEFENSE**

Plaintiffs' First Amended Complaint fails to state a claim against BlackBriar upon which relief may be granted.

**FOURTH DEFENSE**

Plaintiffs lack standing to bring a claim against BlackBriar, and therefore, Plaintiffs' First Amended Complaint should be dismissed accordingly.

**FIFTH DEFENSE**

Plaintiffs' claims fail, because BlackBriar had no authority or control over trust assets between December 22, 2023 and October 9, 2024 when Plaintiffs allegedly entered into contracts with CDI.

**SIXTH DEFENSE**

Plaintiffs' claims fail, because BlackBriar had no possession of nor exercised dominion over any trust assets between December 22, 2023 and October 9, 2024 when Plaintiffs allegedly entered into contracts with CDI.

**SEVENTH DEFENSE**

Plaintiffs' damages, if any, are due to the actions of third parties over which BlackBriar had no control.

**EIGHTH DEFENSE**

Plaintiffs are not entitled to prejudgment interest against BlackBriar.

**NINTH DEFENSE**

Plaintiffs are not entitled to attorney's fees against BlackBriar.

**TENTH DEFENSE**

Plaintiffs' claims are barred by the equitable doctrine of laches.

**ELEVENTH DEFENSE**

Plaintiffs' claims are barred by the doctrine of waiver.

**TWELFTH DEFENSE**

In addition to the defenses set forth herein, BlackBriar may have other defenses available of which it is not currently aware. Accordingly, BlackBriar expressly reserves the right to amend this answer and to assert additional defenses in the event discovery and/or further investigation so dictates.

**THIRTEENTH DEFENSE**

In responding to the specific allegations of Plaintiffs' First Amended Complaint, BlackBriar responds as follows:

## JURISDICTION AND VENUE

1.

BlackBriar denies that this Court has jurisdiction over it. As to the remaining allegations of Paragraph 1 of Plaintiffs' First Amended Complaint, BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted and therefore can neither admit nor deny same.

2.

In response to Paragraph 2 of Plaintiffs' First Amended Complaint, including all subparts thereto, BlackBriar denies that this Court has personal jurisdiction over it. As to the remaining allegations in Paragraph 2 of Plaintiffs' First Amended Complaint, BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted and therefore can neither admit nor deny same.

3.

In response to Paragraph 3 of Plaintiffs' First Amended Complaint, BlackBriar denies having entered into and/or performing contracts in this District. As to the remaining allegations in Paragraph 3 of Plaintiffs' First Amended Complaint, BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted and therefore can neither admit nor deny same.

## PARTIES

4.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 4, including all subparts thereto, of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

5.

With regard to the allegations in Paragraph 5.a., BlackBriar admits that, upon information and belief, CDI is a Georgia limited liability company. All remaining allegations in Paragraph 5.a. are denied as stated. With regard to the allegations in Paragraph 5.h., BlackBriar admits that it is a Texas limited liability company with its principal place of business in Dallas, Texas. All remaining allegations of Paragraph 5.h., to the extent not admitted here, are expressly denied including (but not limited to) that Robert Schleizer and Harold Kessler were engaged in or about March 2024 to serve as co-CROs, or that BlackBriar ever did or had any capacity to exercise control over any cash assets of CDI in March 2024. As to the remaining allegations in Paragraph 5, including all subparts thereto, BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted and therefore can neither admit nor deny same.

## GENERAL ALLEGATIONS

6.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 6 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

7.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in both of the Paragraphs enumerated 7 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

8.

Paragraph 8 of Plaintiffs' First Amended Complaint is denied.

9.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 9 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

10.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 10 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

11.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 11 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

12.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 12 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

13.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 13 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

14.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 14 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

15.

BlackBriar denies the allegations of Paragraph 15 of Plaintiffs' First Amended Complaint to the extent the allegations refer to BlackBriar. Further responding, BlackBriar specifically denies that it was Mountain Ridge's CRO as alleged in

Paragraph 15 of Plaintiffs' First Amended Complaint. As to the remaining allegations in Paragraph 15, BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted and therefore can neither admit nor deny same.

**COUNT ONE**

16.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 15 as if set forth verbatim herein.

17.

Paragraph 17 of Plaintiffs' First Amended Complaint is denied.

18.

Paragraph 18 of Plaintiffs' First Amended Complaint, including the WHEREFORE paragraph following Paragraph 18, is denied.

**COUNT TWO**

19.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 18 as if set forth verbatim herein.

20.

Paragraph 20 of Plaintiffs' First Amended Complaint, including the WHEREFORE paragraph following Paragraph 20, is denied.

**COUNT THREE**

21.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 20 as if set forth verbatim herein.

22.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 22 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

23.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 23 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

24.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 24 of Plaintiffs' First Amended Complaint, including in the WHEREFORE paragraph following Paragraph 24 and any subparts thereto, and therefore can neither admit nor deny same.

**COUNT FOUR**

25.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 24 as if set forth verbatim herein.

26.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 26 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

27.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 27 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

28.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 28 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

29.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 29 of Plaintiffs' First Amended

Complaint, including in the WHEREFORE paragraph following Paragraph 29, and therefore can neither admit nor deny same.

**COUNT FIVE**

30.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 29 as if set forth verbatim herein.

31.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 31 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

32.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 32 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

33.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 33 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

34.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 34 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

35.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 35 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

36.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 36 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

37.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 37 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

38.

[omitted]

39.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 39 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

40.

In response to the allegations in Paragraph 40 of Plaintiffs' First Amended Complaint, including in the WHEREFORE paragraph following Paragraph 40, BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted and therefore can neither admit nor deny same.

## COUNT SIX

41.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 40 as if set forth verbatim herein.

42.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 42 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

43.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 43 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

44.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 44 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

45.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 45 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

46.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 46 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

47.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 47 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

48.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 48 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

49.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 49 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

50.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 50 of Plaintiffs' First Amended Complaint, including the WHEREFORE paragraph, and therefore can neither admit nor deny same.

**COUNT SEVEN**

51.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 50 as if set forth verbatim herein.

52.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 52 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

53.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 53 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

54.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 54 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

55.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 55 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

56.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 56 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

57.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 57 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

58.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 58 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

59.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 59 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

60.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 60 of Plaintiffs' First Amended Complaint, including the WHEREFORE paragraph, and therefore can neither admit nor deny same.

## COUNT EIGHT

61.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 60 as if set forth verbatim herein.

62.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 62 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

63.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 63 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

64.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 64 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

65.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 65 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

66.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 66 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

67.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 67 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

68.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 68 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

69.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 69 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

70.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 70 of Plaintiffs' First Amended

Complaint, including the WHEREFORE paragraph, and therefore can neither admit nor deny same.

**COUNT NINE**

71.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 70 as if set forth verbatim herein.

72.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 72 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

73.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 73 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

74.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 74 of Plaintiffs' First Amended Complaint, including the WHEREFORE paragraph, and therefore can neither admit nor deny same.

**COUNT TEN**

75.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 74 as if set forth verbatim herein.

76.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 76 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

77.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 77 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

78.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 78 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

79.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 79 of Plaintiffs' First Amended

Complaint, including the WHEREFORE paragraph, and therefore can neither admit nor deny same.

**COUNT ELEVEN**

80.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 79 as if set forth verbatim herein.

81.

Paragraph 81 of Plaintiffs' First Amended Complaint is denied.

82.

Paragraph 82 of Plaintiffs' First Amended Complaint is denied.

83.

Paragraph 83 of Plaintiffs' First Amended Complaint, including the WHEREFORE paragraph, is denied.

**COUNT TWELVE**
(Interest and Attorneys' Fees)

84.

BlackBriar restates and realleges each and every response set forth above in Paragraphs 1 through 83 as if set forth verbatim herein.

85.

BlackBriar is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 85 of Plaintiffs' First Amended Complaint and therefore can neither admit nor deny same.

86.

Paragraph 86 of Plaintiffs' First Amended Complaint is denied.

87.

Paragraph 87 of Plaintiffs' First Amended Complaint is denied.

88.

Paragraph 88 of Plaintiffs' First Amended Complaint is denied.

89.

BlackBriar denies all other allegations contained in the First Amended Complaint not already specifically addressed including all allegations contained in any WHEREFORE or similar clauses.

WHEREFORE, having fully answered Plaintiffs' First Amended Complaint, BlackBriar prays as follows:

1. That Plaintiffs' First Amended Complaint be dismissed, and that judgment be entered in favor of BlackBriar and against Plaintiffs;
2. That all costs be cast against Plaintiffs; and

4. For such other and further relief as the Court deems just and proper.

This 3rd day of March, 2025.

*_/s/ Kathy C. So_*
Kathy C. So
Georgia Bar No.: 660077
Michael D. Stacy
Georgia Bar No.: 940322

BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
Telephone: 770-391-9100
Facsimile: 770-668-0878
kso@boviskyle.com
mstacy@boviskyle.com
*Attorneys for BlackBriar Advisors LLC*

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14-point) font, as required by the Court in Local Rule 5.l (C).

This 3rd day of March, 2025.

*/s/ Kathy C. So*
Kathy C. So
Georgia Bar No.: 660077

BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
Telephone: 770-391-9100
Facsimile: 770-668-0878
*Attorney for BlackBriar Advisors LLC*
kso@boviskyle.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, I electronically submitted the foregoing **ANSWER OF BLACKBRIAR ADVISORS LLC** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Kathy C. So*
Kathy C. So
Georgia Bar No.: 660077
Michael D. Stacy
Georgia Bar No.: 940322

BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
Telephone: 770-391-9100
Facsimile: 770-668-0878
kso@boviskyle.com
mstacy@boviskyle.com
*Attorneys for BlackBriar Advisors LLC*